UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CESAR EDUARDO MORA-MENDOZA,<br><br>    Defendant. | NO. CR-11-6079-EFS<br><br>**ORDER GRANTING THE USAO'S MOTION TO DISMISS, STRIKING ALL HEARINGS AND DEADLINES, AND CLOSING FILE** |

A pretrial conference occurred in this matter on August 9, 2012, concurrent with the sentencing in Defendant's related drug case, CR-11-170-EFS-1. Defendant Cesar Mora-Mendoza was present, represented by Roger Peven. Aine Ahmed appeared on behalf of the United States Attorneys' Office (USAO).

At the hearing, the USAO renewed its oral motion to dismiss, first brought at the May 8, 2012 hearing, ECF No. 59, which the Court granted. This Order serves to memorialize the Court's oral ruling.

For the reasons stated on the record, **IT IS HEREBY ORDERED**:

1. The USAO's oral motion to dismiss the Indictment is **GRANTED**.

2. This matter is **DISMISSED**.

3. All pending deadlines and hearing dates are **STRICKEN** and any pending motions **DENIED as moot**.

/

ORDER ~ 1

4. This file shall be **CLOSED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and to provide copies to all counsel, the U.S. Marshals' Service, and the U.S. Probation Office.

**DATED** this   9th   day of August 2012.

                                  s/Edward F. Shea
                                  EDWARD F. SHEA
                     Senior United States District Judge

Q:\EFS\Criminal\2011\6079.dismiss.lc2.wpd

ORDER ~ 2